THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNY
GARAY, Appellant.

Submitted January 27, 2014; decided February 13, 2014

Motion for assignment of counsel granted and Steven Banks,
Esq., The Legal Aid Society, 199 Water Street, New York, NY
10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v COLLIN F.
LLOYD-DOUGLAS, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EUGENE
POLHILL, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JERMAINE
DUNBAR, Respondent.

Submitted February 3, 2014; decided February 13, 2014

Motion by New York Civil Liberties Union et al. for leave to
appear amici curiae on the appeals herein granted only to the
extent that the proposed brief is accepted as filed. Three copies
of the brief must be served and an original and nine copies filed
within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO
MARTINEZ, Appellant.

Submitted February 10, 2014; decided February 13, 2014

Motion for assignment of counsel granted and Robert S. Dean,
Esq., Center for Appellate Litigation, 74 Trinity Place, 11th
Floor, New York, NY 10006 assigned as counsel to the appellant
on the appeal herein.